IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| FRATERNAL ORDER OF POLICE ANDREW JACKSON LODGE 5, et al, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | NO. 3:08-00670 JUDGE HAYNES |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, et al., | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

For the reasons stated in open court, the Defendants' motions to dismiss (Docket Entry Nos. 40 & 44) are **GRANTED**. Plaintiffs' federal claims are **DISMISSED with prejudice**. Plaintiffs' state law claims are **DISMISSED without prejudice**. The motions for preliminary injunction (Docket Entry Nos. 30 & 31) are **DENIED without prejudice** as moot. The motion to lift stay (Docket Entry No. 19) is **DENIED** as moot.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 19th day of June, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge